IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| T.C., through his Next Friend Shanah Craig, ) ) ) | |
| Plaintiff, ) ) | NO. 1:19-cv-00092 |
| v. ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| MAURY COUNTY GOVERNMENT, et al., ) ) ) | |
| Defendants. ) | |

### ORDER

Pursuant to the Notice of Dismissal with Prejudice filed by Plaintiff (Doc. No. 103), the claims against the sole remaining defendant, Timothy Byrdsong, are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE