# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT COLUMBIA

| | | |
|---|---|---|
| **T.C., through his Next Friend SHANAH CRAIG,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Docket No. 1:19-CV-0092** |
| **v.** | ) | |
| | ) | |
| **MAURY COUNTY PUBLIC SCHOOLS, a public entity, and TIMOTHY BYRDSONG,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S MOTION FOR DISBURSEMENT OF FUNDS

COMES NOW, the Plaintiff, by and through the attorney of record, Robert Floyd Davis, and hereby file this Motion for Disbursement of Funds from the Clerk. In support of this Motion, Plaintiff states that this Court approved a minor settlement [Doc. 100] which held the minor funds in an interest bearing account to be payable to Plaintiff, T.C. (as identified by the notice filed under seal at Doc. No. 77) upon his attaining the age of majority -- eighteen (18) years of age. The funds can not be withdrawn without an Order from this Court. Plaintiff is now eighteen (18) years of age (D.O.B. February 19, 2007) and requests these funds be disbursed to him.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiffs pray that the Court order the funds be disbursed to the Plaintiff, T.C.

Dated: February 26, 2025

Respectfully submitted:

/s/ Robert Floyd Davis
Robert Floyd Davis (B.P.R. 30129)
Davis, Kessler & Davis
433 Cherokee Blvd.
Chattanooga, TN  37405
(423) 267-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon Filing Users through the Electronic Filing System to all remaining interested parties, if any.

On this the 26th date of February, 2025.

/s/ Robert Floyd Davis
Robert Floyd Davis